Brooks L. Iler, S.B.# 99020
brooks@ilerlaw.com
Virgil A. Iler, S.B. # 158460
virgil@ilerlaw.com
ILER & ILER, LLP
16466 Bernardo Center Drive, Suite 281
San Diego, CA 92128
Tel (858) 592-6212
Fax (858) 592-6213

Attorneys for Plaintiff, SHERRY RILEY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY RILEY, <br><br> Plaintiff, <br><br> vs. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | CASE NO. '21CV200 MMAWVG <br><br> **COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA** <br><br> 29 U.S. Code Section 1132(a)(1)(B) |

Plaintiff SHERRY RILEY alleges as follows:

1. At all times relevant herein, Plaintiff, SHERRY RILEY, was an individual residing in San Diego County, California.

2. On or about October 19, 1998, plaintiff became employed by Qualcomm Incorporated., as a Contracts Assistant.

3. Qualcomm Incorporated, sponsored a group disability plan known as

1
COMPLAINT FOR DISABITY BENEFITS UNDER ERISA

the Qualcomm Incorporated, Employee Long Term Disability Plan, which was administered and underwritten by defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA.

4. Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, (hereinafter called "PRUDENTIAL"), is a corporation licensed to sell insurance and doing business as an insurer in the State of California, with a principal place of business in the State of New Jersey.

5. The employer-sponsored group disability plan and the claim at issue in this action are governed by the **_Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001. et. seq._**

6. On or about November 4, 2019, plaintiff became disabled within the definition of the disability benefit plan, and soon thereafter, and in a timely fashion, she made a claim for benefits under said plan to defendant Prudential.

7. On or about April 27, 2020, plaintiff's claims for disability benefits and waiver of her life insurance premium were denied. Plaintiff remains disabled as defined by the plan to this date and continues to be eligible for long term disability and life insurance premium waiver benefits under the plan.

8. Plaintiff made a timely administrative appeal of the denial; the administrative appeal was denied in a letter dated January 20, 2021, thereby exhausting the Plan's administrative appeal process.

**WHEREFORE**, plaintiff prays judgment from the Court as follows:

1. Declaring that plaintiff is covered for past and ongoing disability benefits and waiver of his life insurance premiums under the Plan;

2. For past-due benefits in the amount of approximately $2,840 per month through the date of filing, and additional benefits accumulating at the same monthly rate;

3. For interest on past due benefits;
4. For reasonable attorney's fees;
5. For costs of suit herein;
6. For such other relief as the court deems proper.

Dated: 2/02/21

ILER & ILER, LLP

By: *s/ Brooks L. Iler*
Brooks L. Iler
Attorneys for Plaintiff,
SHERRY RILEY