Brooks L. Iler, S.B.# 99020
brooks@ilerlaw.com
Virgil A. Iler, S.B. # 158460
virgil@ilerlaw.com
ILER & ILER, LLP
16466 Bernardo Center Drive, Suite 281
San Diego, CA 92128
Tel (858) 592-6212
Fax (858) 592-6213

Attorneys for Plaintiff, SHERRY RILEY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY RILEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | CASE NO. 3:21-cv-00200-MMA-WVG<br><br>**NOTICE OF SETTLEMENT**<br><br>29 U.S. Code Section 1132(a)(1)(B) |

　　　Plaintiff SHERRY RILEY, by and through her counsel of record, hereby advise the court that this case has settled in its entirety.

　　　The parties request forty-five (45) days in order to finalize the settlement documents and file a joint motion for dismissal.

\\
\\

Dated: 05/12/21

ILER & ILER, LLP

By: *s/ Brooks L. Iler*
Brooks L. Iler
Attorneys for Plaintiff,
SHERRY RILEY

2
NOTICE OF SETTLEMENT