# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY RILEY,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　Defendant. | Case No. 21cv200-MMA-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Doc. No. 13] |

Having read and considered Plaintiff Sherry Riley and Defendant The Prudential Insurance Company of America's joint motion, good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action in its entirety with prejudice. Each party will bear her or its own attorneys' fees, costs, and expenses. The Court **DIRECTS** the Clerk to close the case.

**IT IS SO ORDERED.**

DATE: June 7, 2021

HON. MICHAEL M. ANELLO
United States District Judge

Case No. 21cv200-MMA-WVG